QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HUGO CASTILLO-APODACA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR.S-05-214-DFL |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| ) | |
| HUGO CASTILLO-APODACA, ) | Date: September 1, 2005 |
| ) | Time: 10:00 a.m. |
| Defendant. | Judge: Honorable David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled status conference hearing on July 15, 2005 at 10:00 am. be continued to September 1, 2005 at 10:00 am.

This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Stip and Order

1  Accordingly, all counsel and the defendant agree that time under
2  the Speedy Trial Act from the date this stipulation is lodged, through
3  September 1, 2005, should be excluded in computing the time within
4  which trial must commence under the Speedy Trial Act, pursuant to Title
5  18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

6  DATED: July 14, 2005                    Respectfully submitted,

7                                          QUIN DENVIR
                                           Federal Public Defender
8

9
   DATED: July 14, 2005                    /s/MARK J. REICHEL
10                                         MARK J. REICHEL
                                           Assistant Federal Defender
11                                         Attorney for Defendant

12
                                           McGREGOR SCOTT
13                                         United States Attorney

14

15 DATED: July 14, 2005                    /s/MARK J. REICHEL for
                                           JASON HITT
16                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

17

18                              **O R D E R**

19  **IT IS SO ORDERED.**  The court finds that the interests of justice
    in granting the continuance outweighs the public's interest in a speedy
20  trial and therefore time is excluded in the interests of justice
    pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

21

22
   DATED: 7/15/2005
23

24

25                                         _____
26                                         DAVID F. LEVI
                                           United States District Judge
27

28

Stip and Order                             2